IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>**JASON BROWN** | ) CRIMINAL NO. 4:25cr739<br>)     18 U.S.C. § 922(g)(1)<br>)     18 U.S.C. § 924(a)(8)<br>)     18 U.S.C. § 924(d)(1)<br>)     28 U.S.C. § 2461(c)<br>)<br>)     **INDICTMENT**<br>) |

## COUNT 1

*(Felon in Possession of Firearm and Ammunition)*

**THE GRAND JURY CHARGES:**

That on or about March 23, 2025, in the District of South Carolina, the Defendant, **JASON BROWN,** knowingly possessed a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, to wit: a Ruger LCP .380 caliber handgun and .380 caliber ammunition, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year and knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**RECEIVED**

**MAY 27 2025**

FLORENCE, S.C.

1

# FORFEITURE

FIREARM OFFENSE:

Upon conviction for felony violation of Title 18, United States Code, Section 922(g)(1), as charged in this Indictment, the Defendant, **JASON BROWN**, shall forfeit to the United States all of the Defendant's rights, title, and interest in:

(a) Any firearms and ammunition (as defined in 18 U.S.C. § 921)-

　　(1) involved in or used in any knowing violation of 18 U.S.C. § 922 or violation of any other criminal law of the United States.

PROPERTY:

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for the offense charged in this Indictment includes, but is not limited to, the following:

A. Firearm:

　　Ruger LCP .380 caliber handgun
　　Serial Number: 372339639

B. Ammunition:

　　Miscellaneous rounds of .380 caliber ammunition

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2

A _____ True _____ Bill

███████████████████████████

FOREPERSON

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: _____ ME for _____
Mary-Ellen Walter (ID: 14309)
Special Assistant United States Attorney
401 West Evans Street, Room 222
Florence, SC 29501
Tel:   843-665-6688
Fax:   843-678-8809
Email: Mary-Ellen.Walter@usdoj.gov

3